# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYLAN LUCAS,<br><br>    Defendant. | 8:04CR44<br><br>ORDER |

This matter is before the Court on the Defendant's "Motion to Reduce Sentence under First Step Act for the Retroactivity of the Fair Sentencing Act," ECF No. 289.

Counsel has been appointed to represent the Defendant with respect to potential eligibility for relief under the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018). The Federal Public Defender entered his appearance in this matter on March 5, 2019. Accordingly, counsel will consider the content of Defendant's Motion when seeking any relief.

IT IS ORDERED:

1. The Defendant's "Motion to Reduce Sentence under First Step Act for the Retroactivity of the Fair Sentencing Act," ECF No. 289, is denied without prejudice; and
2. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 21st day of March 2019.

                BY THE COURT:

                s/Laurie Smith Camp
                Senior United States District Judge