# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:04CR44 |
| vs. | ORDER |
| TYLAN LUCAS, | |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion for Sentence Reduction Pursuant to the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018), ECF No. 294, and the parties' Stipulation, ECF No. 295.

The parties request that the Court, without further hearing, reduce Defendant's sentence to 110 months on Count I, 110 months on Count III, 120 months on Count V, and 110 months on Count VI, all to be served concurrently, and 60 months on Count II, consecutive to the sentence imposed on Count V. They also request that his terms of supervised release be six years on Count I, five years on Count II, three years on Count III, eight years on Count V, and three years on Count VI, to be served concurrently.

For the reasons set out in the Motion and Stipulation, and in the 2019 first Step Act Retroactive Sentencing Worksheet, ECF No. 291, the Count finds the Defendant's Motion and the parties' Stipulation should be granted.

Accordingly,

IT IS ORDERED:

1. Defendant's Unopposed Motion for Sentence Reduction Pursuant to the First Step Act, ECF No. 294, is granted;

2. The 2019 First Step Act Retroactive Sentencing Worksheet, ECF No. 291, is adopted without change;

3. The parties' Stipulation, ECF No. 295, is approved;

4. Defendant's sentence is reduced as set out in this Order; and

5. An amended judgment will be entered.

Dated this 2nd day of April 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge